UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| N.G., ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PLACENTIA-YORBA LINDA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. SACV 17-02121 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiffs.

Dated October 5, 2018

　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　United States District Judge